# COURT MINUTES

## Chief Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 1/15/25     Time: 10:00 a.m.

| Field | Value |
|---|---|
| Defendant: | Steven Worbey |
| J#: | 13972-506 |
| Case #: | 25-MJ-2027-TORRES |
| AUSA: | Nicolas Carre' |
| Attorney: | Stephen T. Millian (TEMP) |
| Violation: | Possession of Child Pornography |
| Proceeding: | Pretrial Detention Hearing |
| CJA Appt: | |
| PTD Held: | ☒ Yes  ☐ No |
| Recommended Bond: | |
| Bond Set at: | Pretrial Detention |
| Co-signed by: | |

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
☐ Random urine testing by Pretrial Services Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other:

Language: English

**Disposition:**

P/A & RRC set 1/22/25. AFPD will remain in the case until a permanent appearance is filed. Brady Order given. Pretrial Detention held. Government's Ore Tenus Motion for Pretrial Detention-GRANTED based on serious risk of flight. Witness, Special Agent Keith Wilson sworn and testified.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. **JG-10:01:46; 10:04:16**      Time in Court: **22 mins.**